UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFT L. THOMPSON,<br><br>         Plaintiff,<br><br>vs.<br><br>YATES, et al.,<br><br>         Defendants.<br>_____/ | 1:06-cv-00763-OWW-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12)<br><br>**ORDER DENYING MOTION FOR INJUNCTIVE RELIEF AS PREMATURE** (Doc. 9) |

Plaintiff, Raft L. Thompson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 29, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1     In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6     Accordingly, IT IS HEREBY ORDERED that:
7     1.   The Findings and Recommendations, filed March 29, 2007,
8  are ADOPTED IN FULL; and,
9     2.   Plaintiff's motion for injunctive relief, filed
10 February 23, 2007, is DENIED, without prejudice, as PREMATURE.
11 IT IS SO ORDERED.

**Dated:   May 26, 2007**                    **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE