IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFT L. THOMPSON, | 1:06-cv-00763 OWW SMS (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| JAMES A. YATES, Warden, | (DOCUMENT #16) |
| Defendant. | SIXTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On August 6, 2008,  Plaintiff filed a motion to extend time to file his amended complaint pursuant to the Court's order of July 10, 2008.  Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   August 14, 2008**            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE