IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Thompson, | ) | No. CV 06-0763-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Yates, et al., | ) | |
| Defendants. | ) | |

A review of the record in this case indicates that Plaintiff filed a Supplemental Complaint on January 30, 2012. (Doc. 54). Plaintiff can no longer amend as of right and must seek the Court's permission to file an amended complaint. FED.R.CIV.P. 15(a). Plaintiff has not sought the Court's permission, but has filed the document outright. Therefore,

**IT IS ORDERED** the Clerk of Court must strike the Supplemental Complaint (Doc. 54) from the record.

DATED this 16th day of February, 2012.

Raner C. Collins
United States District Judge